JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMG SPORTS GROUP LLC, | Case No. 2:22-cv-6130-AB-PD |
| Plaintiff, | |
| v. | [Proposed] ORDER |
| ALEJANDRO MAYORKAS, in his official capacity as the Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

Before the Court is the Parties' Stipulation to Dismiss pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).  Having considered the stipulation wherein the Parties have agreed to enter a stipulation of dismissal of this civil action with prejudice, the Court **HEREBY DISMISSES** the Complaint in its entirety and **DISMISSES** this civil action with prejudice.

//

//

- 1 -

1 | Each party will bear its own costs, including attorneys' fees.

2

3 | **IT IS SO ORDERED.**

4

5 | Dated: January 24, 2023

6

7

8

9 | Hon. André Birotte Jr.
U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -